No. 837. WHITESIDE *v.* SLAVIN ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Ralph H. Clark* for respondents.

No. 840. SEIDLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Harry Friedman* for petitioner. *Solicitor General Cox, Asssistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 847. ARMOUR RESEARCH FOUNDATION OF ILLINOIS INSTITUTE OF TECHNOLOGY *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. C. A. 7th Cir. Certiorari denied. *Martin M. Nelson* for petitioner. *E. L. Ryan, Jr.* for respondent.

No. 848. ALBANESE ET AL. *v.* SACRAMENTO COUNTY BOARD OF EQUALIZATION ET AL. Supreme Court of California. Certiorari denied. *David G. McInnes* for petitioners.

No. 849. MOUSLEY ET UX. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *William Jay Leon* and *Lester J. Schaffer* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Burton Berkley* for the United States.

No. 852. TEITELBAUM FURS, INC., ET AL. *v.* AMERICAN HOME INSURANCE CO. ET AL. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioners. *Thomas P. Menzies* for respondents.

No. 857. HARPER *·v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Howard T. Savage* for petitioner.